**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: M.I., A MINOR     :   No. 73 EM 2023
                                                :
                                                :
PETITION OF:  ROBERT S. HORWITZ,     :
ESQUIRE                                       :

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of November, 2023, in consideration of the Motion to Withdraw as Counsel, the matter is REMANDED to the Court of Common Pleas of Philadelphia County for it to determine whether to permit Attorney Robert S. Horwitz to withdraw.  If the court permits Attorney Horwitz to withdraw, it is to appoint new counsel, who is experienced in this area of the law, to represent N.L. for allocatur review.

As this is a Children's Fast Track matter, the Court of Common Pleas of Philadelphia County is DIRECTED to enter its order on remand within 14 days and to promptly notify this Court of its determination.